**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-6608**

_____

WAYNE RESPER,

Plaintiff - Appellant,

v.

WEXFORD MEDICAL SERVICES; NURSE BRENDA REECE; NURSE BEVERLY MCLAUGHLIN; NURSE CARLA BUCK; ALAN WILT; DIANE HENSEL; BERNICE; RYAN BROWNING; RICHARD GRAHAM, JR., Warden,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:17-cv-02014-PJM)

_____

Submitted: October 18, 2018                          Decided: October 29, 2018

_____

Before AGEE, THACKER, and RICHARDSON, Circuit Judges.

_____

Affirmed in part, dismissed in part by unpublished per curiam opinion.

_____

Wayne Resper, Appellant Pro Se. Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale Park, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper seeks to appeal the district court's orders denying his motion for preliminary injunctive relief, denying his motion for reconsideration, and denying his motion for appointment of counsel. We affirm in part and dismiss in part.

The denial of a motion for a preliminary injunction is an appealable interlocutory order, 28 U.S.C. § 1292(A)(1) (2012), but the district court did not abuse its discretion in denying Resper's request for injunctive relief. *See Dewhurst v. Century Aluminum Co.*, 649 F.3d 287, 290 (4th Cir. 2011) (setting forth standard of review). We therefore affirm the orders denying Resper's motions for preliminary injunctive relief and reconsideration for the reasons stated by the district court. *Resper v. Wexford Med. Svcs.*, No. 8:17-cv-02014-PJM (D. Md. Dec. 21, 2017 & May 10, 2018).

With respect to the order denying Resper's motion for appointment of counsel, this court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because this order is neither a final order nor an appealable interlocutory or collateral order, we grant the Appellees' motion to dismiss this portion of the appeal. *Miller v. Simmons*, 814 F.2d 962, 964 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*